# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　No. 3:17-cr-30093-DRH

**DONDRE T. LEWIS,**
    **Defendant.**

## ORDER

**HERNDON, District Judge:**

Before the Court is defendant Dondre Lewis' Motion to Continue Trial (Doc. 20). Being fully advised in the premises, the Court finds counsel and defendant require additional time. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice. Further, the Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting of such continuance outweigh the best interests of the public and the defendant in speedy trial.

Therefore, the Court **GRANTS** defendant's Motion to Continue Trial (Doc. 20). The Court **CONTINUES** the jury trial scheduled for July 24, 2017 at 9:00am to **September 25, 2017 at 9:00am**. The time from the date the original motion was filed, July 6, 2017, until the date to which the trial is rescheduled, September 25, 2017, is excludable time for the purposes of speedy trial. Finally, should any party believe that a witness will be required to travel on the Justice Prisoner and

Alien Transportation System (JPATS) in order to testify at the trial of his case, a writ should be requested expeditiously.

**IT IS SO ORDERED**.

Signed this 7th day of July, 2017.

Digitally signed by Judge David R. Herndon
Date: 2017.07.07 12:26:44 -05'00'

**UNITED STATES DISTRICT JUDGE**