IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 17-CR-30093-DRH |
| | ) | |
| DONDRE TREMONT LEWIS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On September 11, 2017, this court entered an order for forfeiture (doc.30) against defendant Dondre Tremont Lewis, for the following property which had been seized from the defendant:

**One Jimenez Arms, Model J.A.-Nine, 9mm pistol, with the serial number 076162, its magazine, and rounds of 9mm ammunition.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning October 5, 2017, and ending November 3, 2017, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7),

that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture (doc. 30) filed on September 11, 2017, namely:

**One Jimenez Arms, Model J.A.-Nine, 9mm pistol, with the serial number 076162, its magazine, and rounds of 9mm ammunition.**

The United States Marshal or the property custodian for the Federal Bureau of Investigation shall dispose of the property according to law.

**IT IS SO ORDERED.**

Judge Herndon
2018.03.09
15:21:25 -06'00'

**United States District Judge**